UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD COLON, on behalf of himself
and all other similarly situated,

    Plaintiff,

v.                                                      Case No: 8:18-CV-1034-T-27TGW

SE INDEPENDENT DELIVERY
SERVICES, INC.,

    Defendant.
_____/

## ORDER

    This case is before the Court *sua sponte*. Plaintiff, after having been denied leave to file a third amended complaint in *Colon v. SE Independent Delivery Services, Inc.*, 17-cv-1578-T-27MAP filed a separate lawsuit alleging the same claims he sought to add, which was assigned to the Honorable Virginia M. Covington. That case was transferred to the undersigned, on Plaintiff's motion, under Local Rule 1.04(b).

    Plaintiff is **ORDERED TO SHOW CAUSE** within **eleven (11) days** why this case should not be dismissed for violating the rule prohibiting claim splitting. *See Vanover v. NCO Fin. Servs., Inc.*, 857 F.3d 833, 841 (11th Cir. 2017) ("It is well settled that a plaintiff may not file duplicative complaints in order to expand their legal rights. The claim-splitting doctrine thereby ensures that a plaintiff may not split up his demand and prosecute it by piecemeal, or present only a portion of the grounds upon which relief is sought, and leave the rest to be presented in a second suit, if the first fails. The claim-splitting doctrine thus ensures fairness to litigants and conserves judicial resources.") (citations and quotations omitted). Failure to respond will result in this case being dismissed.

    **DONE AND ORDERED** this 30th day of May, 2018.

                                                                JAMES D. WHITTEMORE
                                                                United States District Judge

Copies to: Counsel of Record